No. 165. CENTRAL NATIONAL BANK OF TULSA, OKLA-HOMA, *v.* UNITED STATES. Error to the Circuit Court of Appeals for the Eighth Circuit. March 5, 1924. Dismissed, on motion of counsel for plaintiff in error. *Mr. James W. Beller, Mr. Preston C. West* and *Mr. A. A. Davidson* for plaintiff in error. *The Attorney General* for the United States.

No. 836. ARTURO F. LAPHAM *v.* UNITED STATES EX REL. ANTONIO ESCUDERO ET AL. Appeal from the District Court of the United States for the Eastern District of Louisiana. March 17, 1924. Dismissed, on motion of counsel for appellant. *Mr. Henry Mooney* for appellant. No appearance for appellees.

No. 507. CENTRAL LUMBER COMPANY ET AL. *v.* CHARLES CARLISLE. Error to the Supreme Court of the State of Mississippi. March 17, 1924. Dismissed with costs, per stipulation. *Mr. T. Brady, Jr.,* and *Mr. Robert H. Thompson* for plaintiffs in error. No appearance for defendant in error.

No. 763. SANTA CLARA VALLEY LAND COMPANY *v.* ARTHUR MEEHAN, AS CITY MARSHAL, ETC., ET AL. Error to the District Court of Appeal, First Appellate District, of the State of California. April 14, 1924. Dismissed, per stipulation. *Mr. Louis V. Crowley* for plaintiff in error. No appearance for defendants in error.

No. 842. SOL D. SNITOW *v.* HARRY L. WISSING, TRUSTEE. On petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit. April 14, 1924. Petition dismissed, per stipulation. *Mr. Charles Hershenstein* and *Mr. Samuel Hershenstein* for petitioner. *Mr. Samuel Conrad Cohen* for respondent.